IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALFRED MARZAN,<br>ADELAIDA LIWANAG MARZAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, COUNTRYWIDE<br>HOME LOANS, INC., DOES 1-100,<br><br>    Defendants. | Civ. No. 10-00723 ACK-KSC |

## ORDER DISMISSING PLAINTIFFS' COMPLAINT

On December 7, 2010, Pro Se Plaintiffs Alfred Marzan and Adelaida Liwanag Marzan ("Plaintiffs") filed in this Court a Complaint ("Complaint") against Defendants Bank of America and Countrywide Home Loans, Inc. Doc. No. 1. On December 9, 2010, the Court issued an Order finding that Plaintiffs had failed to properly assert subject matter jurisdiction. Doc. No. 4 ("12/9/10 Order"). The 12/9/10 Order dismissed the Complaint without prejudice and granted Plaintiffs leave to file an amended complaint, meeting the jurisdictional requirements of the Court, within twenty days of December 9, 2010. Id. Plaintiffs did not file an amended complaint.

On January 6, 2011, this Court ordered Plaintiffs, within ten days, to "show good cause, if any, why this case should not be dismissed." Doc. No. 5 ("1/6/11 Order to Show

Cause"). The 1/6/11 Order to Show Cause stated that "[i]f Plaintiffs fail to show good cause, or do not timely respond to this Order, this case will be dismissed." Id. To date, Plaintiffs have not responded to the 1/6/11 Order to Show Cause. Plaintiffs also failed to appear at a March 7, 2011 Rule 16 Scheduling Conference before Magistrate Judge Chang.

Because Plaintiffs have failed to comply with the 12/9/10 Order and the 1/6/11 Order to Show Cause, the Court hereby DISMISSES Plaintiffs' Complaint.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, March 15, 2011.



_____
Alan C. Kay
Sr. United States District Judge

Marzan v. Bank of America, et al., Civ. No. 10-00723 ACK-KSC: Order Dismissing Plaintiffs' Complaint.